December 3, 2015

Abel Acosta, Clerk

Clerk of the Court,

My name is Maurice Samuel Arrington.
I am writting you in reference to
COA No. 03-13-00066-CR , PD-0328-15
I recieved a card in the mail explaining
my petition for discrectionary review was
refused. Can you please explain to me why
my petition was refused by the court.

Thank you.

Maurice S. Arrington

Maurice S. Arrington
Ramsey 1 unit· 1833454
1100 Fm 655
Rosharon Tx. 77583